35518. CLARK v. CLARK.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

SUBMITTED OCTOBER 12, 1979 — DECIDED JANUARY 8, 1980.

*Harris C. Bostic,* for appellant.
*John F. Manning,* for appellee.